### CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND AMENDED PLAN

DEBTOR: Felix L. Garcia JOINT DEBTOR: Lesbia A. Ruiz CASE NO.:13-19940-AJC
Last Four Digits of SS# 3010   Last Four Digits of SS# 7087

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 48 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $110.00 for months 1 to 48 ;in order to pay the following creditors:

Administrative:Attorney's Fee - $ 3.500.00 +$750.00 (Motion to Value)+$150.00costs-$4,400.00
         TOTAL PAID $1,500.00  Balance Due $2,900.00  payable $80.56 /month (Months 1 to 36 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE                            Arrearage on Petition Date   $
Address:                           Arrears Payment    $_____/month (Months _____ to _____)
                                   Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Bank | Homestead Property: 11780 SW 18th Street #224, Miami, FL 33175 $54,560.00 | 0% | None | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                     Total Due $
                            Payable  $_____/month (Months____ to ___) Regular Payment $

Unsecured Creditors: Pay $18.44 /month (Months 1 to 36 ); Pay $99.00 /month (Months 37 to 48 );
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying Homeward Residential directly outside the plan. The debtors are hereby advised that the chapter 13 trustee has requested that the debtors comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtors hereby acknowledge that the
deadline for providing the Trustee with their filed tax returns is modified
to be on or before May 15 each year the case is pending and that the debtor
shall provide the Trustee with verification of their disposable income if
their gross household income increases by more than 3% over the previous
year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Debtor                                     Joint Debtor
Date: 11/15/2013                           Date: 11/15/2013

LF-31 (rev. 01/08/10)