# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**IN RE:**                                  **CASE NO.: 13-19940-AJC**
                                                             **CHAPTER 13**

**FELIX L GARCIA and**
**LESBIA A RUIZ,**

       **Debtors.**
_____/

## NOTICE OF APPEARANCE
*(11780 SW18th Street Apt 224, Miami, FL 33175)*

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc, Asset-Backed Pass-Through Certificates, Series 2004-W2, a secured creditor of the above named Debtor(s).

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).




14-97776 - NiD

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing on this 19th day of December, 2014.

        Respectfully Submitted,

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By:  /s/ NIRVANI SINGH
        Nirvani D. Singh, Esquire
        Florida Bar No. 105571
        Communication Email: nsingh@rasflaw.com

Mailing List

Felix L Garcia
Lesbia A Ruiz
c/o Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

14-97776 - NiD