## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Felix L Garcia and Lesbia A Ruiz      Case No. 13-19940-AJC

Chapter 13

_____ Debtors ___ /

### OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐      301 North Miami Avenue, Room 150, Miami, FL 33128

| Claim No. | Name of Claimant |
|---|---|
| 4 | Ocwen Loan Servicing, LLC / DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-W2 |

**Amount of Claim**: $71,633.52

**Basis for Objection and Recommended Disposition**:

On or about March 14, 2016, Creditor filed a secured proof of claim in the amount of $71,633.52 and an arrearage in the amount of $40.05. The last day to file claims in this case was September 4, 2013 and according to the plan, said creditor is to be paid outside the plan. Debtors are seeking to strike and disallow the claim as a late filed claim.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed on <u>March 15, 2016</u> to:

Ocwen Loan Servicing, LLC
Bankruptcy Department
PO Box 24605
West Palm Beach FL 33416
Queries.POC@ocwen.com

Robertson, Anschutz, & Schneid PL
c/o Keith Labell, Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL, 33487
bkyecf@rasflaw.com

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court

set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez
    [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).