# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF
## MIAMI DIVISION

IN RE:                                                                              CASE NO.: 13-19940-AJC
                                                                                            CHAPTER 13

**FELIX L. GARCIA,**
**LESBIA A. RUIZ**

_____/

## RESPONSE TO OBJECTION TO CLAIM

**COMES NOW**, Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc, Asset-Backed Pass-Through Certificates, Series 2004-W2 ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Objection to Claim (DE #48) filed by Debtors FELIX L. GARCIA and LESBIA A. RUIZ and, in support thereof, states as follows:

1.     Creditor holds a first mortgage on the property located at 11780 SW 18th Street, Apt 224, Miami, FL 33175.

2.     On March 14, 2016, Secured Creditor filed a proof of claim (4-1) evidencing a secured debt in the amount of $71,633.52 and an arrearage amount of $40.05.

3.     Secured Creditor's claim should be allowed as a secured claim in the amount of $71,633.52.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order determining that Secured Creditor's claim remains as an allowed secured claim and for any and all further relief this Court deems just and proper.

    

14-97776 - SeG

      **I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 16th day of March, 2016.

                                            ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                            Attorney for Secured Creditor
                                            6409 Congress Ave., Suite 100
                                            Boca Raton, FL 33487
                                            Telephone: 561-241-6901
                                            Facsimile: 561-241-1969

                                            By: /s/ Seth J. Greenhill, Esq.
                                            Seth J. Greenhill, Esquire
                                            Florida Bar No. 97938
                                            Communication Email: sgreenhill@rasflaw.com

<u>Mailing List</u>

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
305.687.8008

Felix L Garcia
11780 SW 18th Street #224
Miami, FL 33175

Lesbia A Ruiz
11780 SW 18th Street #224
Miami, FL 33175

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

14-97776 - SeG