

**ORDERED in the Southern District of Florida on May 12, 2016.**

_A. Jay Cristol_
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**IN RE:**  **CASE NO.: 13-19940-AJC**
 **CHAPTER 13**

**FELIX L. GARCIA,
LESBIA A. RUIZ**
_____/

## AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 4

THIS CASE came before the Court upon the Objection to Claim of OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-W2 (Docket #48), and based on the record, it is

**ORDERED:**



14-97776 - SeG

1. Claim No. 4 shall be an allowed secured claim in the amount of $71,633.52 and arrearage amount of $40.05.
2. The Trustee shall make no disbursements with respect to this claim.

Submitted by
**Seth J. Greenhill, Esq,**
Attorney for Secured Creditor
ROBERSTON, ANSCHUTZ & SCHNEID, P.L.
ATTORNEYS FOR SECURED CREDITOR
6409 CONGRESS AVENUE, SUITE 100
Boca Raton, FL 33487
Phone: (561) 241-6901
Fax: (561) 241-9181

*Seth J. Greenhill, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

Copies Furnished to:

ROBERSTON, ANSCHUTZ & SCHNEID, P.L.
ATTORNEYS FOR SECURED CREDITOR
6409 CONGRESS AVENUE, SUITE 100
Boca Raton, FL 33487
mail@rasflaw.com

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
305.687.8008

Felix L Garcia
11780 SW 18th Street #224
Miami, FL 33175

Lesbia A Ruiz
11780 SW 18th Street #224
Miami, FL 33175
MIAMI-DADE-FL

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

14-97776 - SeG

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

14-97776 - SeG